**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER**

Appellate case name:     In the Interest of A.F. aka A.N.F. v. Department of Family and
                         Protective Services

Appellate case number:   01-20-00722-CV

Trial court case number:  2018-05250J

Trial court:             313th District Court of Harris County

On February 3, 2021, appellant's counsel filed a third motion for extension of time to file the appellant's brief in this accelerated appeal from a decree of parental termination. In this motion, counsel indicated that she "became ill with CoVid19 on or about December 29,2020 and has only recently returned to work on a full-time schedule." She asked for the brief to be due on February 5, 2021. No appellant's brief has been filed.

The motion for extension of time is **granted**. The **appellant's brief is due Monday, March 8, 2021.** No further extensions of time will be granted absent extraordinary circumstances.

The Court is generally aware that COVID-19 can cause lingering health issues in some individuals. We are also cognizant of the legal rights of the parent in an accelerated, priority appeal of a decree terminating parental rights in a case filed by a governmental entity. Accordingly, counsel for the appellant is **ordered** to inform this Court by **Monday, March 8, 2021** if she is unable to continue representing the parent in this appeal so that this Court may make further orders to protect the legal rights of the parent-appellant.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                    ☑ Acting individually     ☐ Acting for the Court


Date:  ___March 3, 2021_____